United States Bankruptcy Court
Eastern District of California

In re:                                                    Case No. 19-10542-A
David  Goncalves Valadao                                  Chapter 7
Terra Rae Valadao
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0972-1          User: admin          Page 1 of 3          Date Rcvd: May 28, 2019
                              Form ID: 318         Total Noticed: 107

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db/jdb      +David Goncalves Valadao,   Terra Rae Valadao,   17249 9 1/2 Avenue,   Hanford, CA 93230-9527
aty          John M. Samberg,   5594-B Longley Lane,   Reno, NV  89511
aty         +Riley C. Walter,   205 E. River Park Circle, Ste. 410,   Fresno, CA 93720-1572
aty         +Simon Aron,   11400 W Olympic Blvd 9th Fl,   Los Angeles, CA 90064-1582
22677795    +AAA Quality Services Inc,   PO Box 535,   Farmersville CA 93223-0535
22677798    +AZ Auto Parts,   901 Chase Ave,   Corcoran CA 93212-2331
22677796     Animal Health International,   PO Box 561305,   Denver CO 80256-1305
22677797    +Automated Dairy Systems ADS,   PO Box 170,   Jerome ID 83338-0170
22677799    +Baker Manock Jensen,   Jackson Waste,   5260 North Palm Ave Fourth Floor,
              Fresno CA 93704-2215
22677800    +Best Weigh Scale Co Inc,   2728 N Sunnyside Ste 101,   Fresno CA 93727-8674
22677801    +Bre Ella Farms Inc,   1739 Kings Road,   Hanford CA 93230-1952
22677811    +CRV USA Holdings Inc,   2423 American Lane,   Madison WI 53704-3138
22677802    +California Attorney General,   P O Box 944255,   Sacramento CA 94244-2550
22677803     California Dept of Tax and,   Fee Administration,   Account Information Group MIC 29,
              P O Box 942879,   Sacramento CA 94279-0029
22677804    +Calva Products LLC,   13639 Collections Center Drive,   Chicago IL 60693-0001
22677806    +Central California Implement,   PO Box 1056,   Tulare CA 93275-1056
22677807    +Chrysler Capital,   PO Box 660335,   Dallas TX 75266-0335
22677809    +Costa Spraying Inc,   18250 Road 152,   Tulare CA 93274-9565
22677810    +Crop Production Services,   930 Wollomes Road,   Delano CA 93215-9553
22677812     Daniel Padilla on behalf of himself and,   others similarly situated,   2554 Waukena Dr,
              Tulare CA 93274
22677813    +Danny Garcia,   1739 Kings Road,   Hanford CA 93230-1952
22677814    +Delray Tire,   2016 South K Street,   Tulare CA 93274-6846
22677815    +Diesel Pump Injector,   940 N Burke,   Visalia CA 93292-3868
22677816     Eduardo and Maria Valadao,   17293 9 1 2,   Hanford CA 93230
22677817    +Edward and April Valadao,   8637 Jackson Ave,   Hanford CA 93230-9362
22677819    +Fishman Larsen Callister,   Robert G Fishman,   7112 North Fresno St Ste 450,
              Fresno CA 93720-2962
22677821    +Franks Automotive Inc,   1520 So J Street,   Tulare CA 93274-6419
22677822    +G G Cattle LLP,   Sergio Gonzalez,   161909 West Lemely Road,   Prosser WA 99350-5011
22677823    +Gabriel Sons Silage,   Covering Company,   3579 South I Street,   Tulare CA 93274-7161
22677824    +Gary Honeycutt Receiver,   7081 N Marks Ave Suite 104,   Fresno CA 93711-0232
22677825    +Goshen West Ranch,   PO Box 1029,   Goshen CA 93227-1029
22677827    +Hydraulic Controls,   PO Box 8157,   Emeryville CA 94662-0157
22677831    +JC Lansdowne Inc,   PO BOX 6070,   Visalia CA 93290-6070
22677832    +John Van Curen Receiver,   7081 N Marks Ave Suite 104,   Fresno CA 93711-0232
22677833    +Johnston Calf Pens,   PO Box 600,   Tipton CA 93272-0600
22677834    +Jose Dimas and Mary Jane Valadao,   515 Sedro Ave,   Tulare CA 93274-3054
22677835    +Kahn Soares Conway,   Jan Kahn,   219 N Douty Street,   Hanford CA 93230-4645
22677836    +Kahn Soares Conway LLP,   Richard C Conway Esq,   219 North Douty Street,
              Hanford CA 93230-4645
22677837     Kings County Tax Collector,   1400 W Lacey Blvd Bldg 7,   Hanford CA 93230-5997
22677838    +Kings Dairy Supply,   5835 13th Ave,   Hanford CA 93230-9790
22677839    +Kings Federal Credit Union,   1415 W Lacey Blvd,   Hanford CA 93230-5906
22677840    +Kubota,   PO Box 894717,   Los Angeles CA 90189-4717
22677841     Laird Manufacturing,   531 S Highway 59,   Merced CA 95341
22677842    +Lampe Chrysler Dodge,   151 N Neely Street,   Visalia CA 93291-9024
22677843    +Land O Lakes,   Attn Karen Bravo,   400 South M Street,   Tulare CA 93274-5431
22677844    +Law Offices of Bradley A Silva,   Bradely Silva,   8050 N Palm Ave Suite 300,
              Fresno CA 93711-5510
22677845    +Law Offices of Santos Gomez,   Santos Gomez,   1003 Freedom Blvd,   Watsonville CA 95076-3201
22677846    +Lawleys Inc,   PO Box 31447,   Stockton CA 95213-1447
22677848    +Leslene A Simoes,   PO Box 862,   Summerland CA 93067-0862
22677849     Linder Equipment,   PO Box 1139,   Tulare CA 93275-1139
22677850    +Manuel F Godinho,   1477 East Levin,   Tulare CA 93274-6674
22677851    +Marty Lyons Breeding Services,   4630 West Manor Ct,   Visalia CA 93291-5206
22677852    +McCormick Barstow et al,   Hilton Ryder Esq,   7647 N Fresno St,   Fresno CA 93720-2578
22677853    +Mid Valley Cotton Growers Inc,   PO Box 149,   Tulare CA 93275-0149
22677854    +Mid Valley Pipe Supply,   4106 South K Street,   Tulare CA 93274-7185
22677855    +Miguel Dairy Service,   PO Box 991,   Hereford TX 79045-0991
22677856    +Morris Levin Son,   1816 South K Street,   Tulare CA 93274-6842
22677857    +Myersward Tractor,   131 W Riverdale Ave,   Riverdale CA 93656-9438
22677858    +Netto Ag,   10044 Flint Ave,   Hanford CA 93230-9746
22677859    +Overland Stockyard,   10565 9th Ave,   Hanford CA 93230-9334
22677860    +Praxair Distributing Inc,   Dept LA 21511,   Pasadena CA 91185-0001
22677863    +RC Farms,   Ron OBrien,   333 West Curlew Lake Rd,   Republic WA 99166-9720
22677862    #+Raimondo Associates,   7080 N Marks Ste 117,   Fresno CA 93711-0288
22677864    +Refugios Welding Repair,   20111 Ave 196,   Strathmore CA 93267-9561
22677865    +Robinson Calf Ranch,   PO Box 78350,   Bakersfield CA 93383-8350
22677866    +Rodarakis Sousa,   Attn Eric Sousa,   627 13th Street Ste F,   Modesto CA 95354-2448
22677867    +Roman Electric Inc,   1750 S Augusta Ct,   Visalia CA 93277-9520
22677868    +Saetzman Auto Electric,   2157 S K Street,   Tulare CA 93274-6869
```

```
District/off: 0972-1          User: admin           Page 2 of 3          Date Rcvd: May 28, 2019
                              Form ID: 318           Total Noticed: 107
```

```
22677869     +Sallyport Commercial Finance LLC,   14100 Southwest Freeway Suite 210,
              Sugar Land TX 77478-3481
22677870     +Saul Tafoya,   2406 Glacier Way,   Hanford CA 93230-8588
22677872     +Sousa Company,   David Sousa,   4112 S Demaree Street,   Visalia CA 93277-9476
22677873     +Stanislaus Farm Supply,   PO Box 31001,   Pasadena CA 91110-0001
22677875     +Stoel Rives LLP,   Seth D Hilton,   Three Embarcadero Center,   Suite 1120,
              San Francisco CA 94111-4040
22677876     +TF Tire Service,   837 Industrial Ave,   Tulare CA 93274-6499
22677877     +TJI Trucking,   PO Box 1296,   Caldwell ID 83606-1296
22677878      Triple V Dairy,   13075 Ave 200,   Tulare CA 93274
22677879     +Tulare County Roll-Off,   PO Box 1444,   Tulare CA 93275-1444
22677880     +Tulare Dairy Herd Improvement Assoc,   800 Commercial Ave,   Tulare CA 93274-7194
22677881    #+Tule Trash Co,   PO Box 288,   Pixley CA 93256-0288
22677882     +United States Attorney,   IRS Division,   2500 Tulare Street Suite 4401,   Fresno CA 93721-1331
22677883     +United States Department of Justice,   Civil Trial Section Western Region,
              Box 683 Ben Franklin Station,   Washington DC 20044-0683
22677886     +Valadao Dairy,   17293 9 1 2 Ave,   Hanford CA 93230-9527
22677888     +Veterinary Services Inc,   PO Box 538,   Salida CA 95368-0538
22677896      WW Generators,   1488 N Sierra Vista Ave,   Fresno CA 93703
22677889     +Water Well Solutions,   PO Box 1110,   Exeter CA 93221-7110
22677890     +West Tulare Ag Holdings LLC,   PO Box 1029,   Goshen CA 93227-1029
22677892     +Western Milling,   Attn Mark LaBounty,   PO Box 1029,   Goshen CA 93227-1029
22677893     +Willitts Pump,   PO Box 1110,   Exeter CA 93221-7110
22677894     +Wolf Rifkin Shapiro Schulman,   Rabkin LLP,   Simon Aaron,   11400 W Olympic Blvd 9th Fl,
              Los Angeles CA 90064-1582
22677895      Wolf Rifkin Shapiro Schulman,   Rabkin LLP,   John Samberg,   5594-B Longley Lane,
              Reno NV 89511
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: FJSALVEN.COM May 29 2019 07:13:00   James Edward Salven,   PO Box 25970,
              Fresno, CA 93729-5970
smg           EDI: EDD.COM May 29 2019 07:13:00   Employment Development Department,
              Bankruptcy Group, MIC 92E,   PO Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM May 29 2019 07:13:00   Franchise Tax Board,   PO Box 2952,
              Sacramento, CA  95812-2952
22677808     +E-mail/Text: ksoares@aol.com May 29 2019 03:16:44   Colson Auto Parts,   236 S Burnett Rd,
              Tipton CA 93272-9555
22677818      EDI: EDD.COM May 29 2019 07:13:00   Employment Development Department,
              Bankruptcy Special Procedures Group,   P O Box 826880 MIC 92E,   Sacramento CA 94280-0001
22677820      EDI: CALTAX.COM May 29 2019 07:13:00   Franchise Tax Board,   Bankruptcy Unit,   PO Box 2952,
              Sacramento CA 95812-2952
22677826     +E-mail/Text: lee@griswoldlasalle.com May 29 2019 03:16:53   Griswold La Salle et al,
              Jeffrey L Levinson,   111 East Seventh Street,   Hanford CA 93230-4641
22677828     +E-mail/Text: kjankowski@iwpusa.com May 29 2019 03:16:07   Imperial Western Products Inc,
              PO Box 1110,   Coachella CA 92236-1110
22677829     +E-mail/Text: kverdegaal@innovativeag.net May 29 2019 03:16:33   Innovative Ag Services LLC,
              1201 Lacey Blvd Ste 5,   Hanford CA 93230-9306
22677830      EDI: IRS.COM May 29 2019 07:13:00   Internal Revenue Service,
              Centralized Insolvency Operation,   PO Box 7346,   Philadelphia PA 19101-7346
22677861     +E-mail/Text: bankruptcy@rabobank.com May 29 2019 03:16:38   Rabobank N A,
              45 E River Park Place West Suite 108,   Fresno CA 93720-1565
22677874      E-mail/Text: scif.legal.bk@scif.com May 29 2019 03:17:20   State Compensation Insurance Fund,
              Cancellation Bankruptcy Pre-Coverage,   PO Box 8192,   Pleasanton CA 94588
22677871     +E-mail/Text: LAROBankruptcy@SEC.gov May 29 2019 03:16:30   Securities Exchange Commission,
              Attn Bankruptcy Counsel,   5670 Wilshire Blvd Fl 11,   Los Angeles CA 90036-5627
22677805      EDI: USBANKARS.COM May 29 2019 07:13:00   Cardmember Service,   PO Box 790408,
              Saint Louis MO 63179-0084
22677884     +E-mail/Text: jhoule@usfarmsystems.com May 29 2019 03:16:07   US Farm Systems,
              2955 South K Street,   Tulare CA 93274-7164
22677885     +E-mail/Text: ustpregion17.fr.ecf@usdoj.gov May 29 2019 03:16:26   US Trustees Office,
              United States Courthouse,   2500 Tulare Street Room 1401,   Fresno CA 93721-1326
22677891     +E-mail/Text: robin.steffan@westernequipmentfinance.com May 29 2019 03:16:46
              Western Equipment Finance Inc,   PO Box 640,   Devils Lake ND 58301-0640
                                                                                    TOTAL: 17
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22677887      Valley Agriculture Software Inc,   PO Box 740729,   LA 70074
22677847    ##+Lawrence Tractor,   2530 E Main Street,   Visalia CA 93292-6731
                                                            TOTALS: 1, * 0, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0972-1          User: admin          Page 3 of 3          Date Rcvd: May 28, 2019
                              Form ID: 318          Total Noticed: 107
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
NONE.                                                                    TOTAL: 0

<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td><td></td></tr>
<tr><td>Debtor 1</td><td><strong>David Goncalves Valadao</strong></td><td>Social Security number or ITIN   <strong>xxx–xx–2399</strong></td></tr>
<tr><td></td><td>First Name   Middle Name   Last Name</td><td>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>Terra Rae Valadao</strong></td><td>Social Security number or ITIN   <strong>xxx–xx–8033</strong></td></tr>
<tr><td></td><td>First Name   Middle Name   Last Name</td><td>EIN   _ _–_ _ _ _ _ _ _</td></tr>
<tr><td colspan="2">United States Bankruptcy Court   <strong>Eastern District of California</strong></td><td></td></tr>
<tr><td colspan="2">Case number:   <strong>19–10542</strong></td><td></td></tr>
</table>

## Order of Discharge

<strong>12/15</strong>

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Goncalves Valadao
fdba Triple V Dairy, fdba Valadao Dairy, fdba
Triple V Cattle, LLC
17249 9 1/2 Avenue
Hanford, CA 93230

Terra Rae Valadao
17249 9 1/2 Avenue
Hanford, CA 93230

Dated:
5/28/19

For the Court,
Wayne Blackwelder , Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**